FREDERICK E. GOLDSMITH, Suing as Receiver of the Assets, Property and Effects of THEODORE KLEIN, INC., Respondent, v. THEODORE KLEIN, Defendant, Impleaded with THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Appel-

lant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley and Glennon, JJ.

JAMES B. MARTIN and LEWIN H. USILTON, Respondents, v. THE CITY OF NEW YORK, Defendant, and DIMARCO & REIMANN, INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.